UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| PEGGY BURNS, | ) | |
| | ) | Case No.: 3:09-cv-00438-LRH-VPC |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| TIME INSURANCE COMPANY, and DOES I through XXX, inclusive, | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

### STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT'S RESPONSE TO COMPLAINT

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their counsel undersigned, that the time in which Defendant Time Insurance Company

///

///

///

///

///

///

("Time") is to respond to the Plaintiff's Complaint is extended to August 24, 2009.

This Stipulation renders moot the Motion for Extension of Time filed by Defendant Time on August 14, 2009.

DATED this 17th day of August, 2009    DATED this 17th day of August, 2009

LAXALT & NOMURA, LTD.    LAW OFFICES OF MATTHEW L. SHARP

_____    /S/
DANIEL T. HAYWARD    MATTHEW L. SHARP
Nevada Bar No.: 5986    Nevada Bar No.: 4746
JANICE HODGE JENSEN    419 Flint Street
Nevada Bar No.: 563    Reno, Nevada 89501
9600 Gateway Drive    Tel: (775)324-1500
Reno, Nevada 89509    AND
Tel: (775)322-1170    PETER CHASE NEUMANN
Attorneys for Defendant    Nevada Bar No.: 636
TIME INSURANCE COMPANY    136 Ridge Street
    Reno, Nevada 89501
    Tel: (775)786-3750
    Attorneys for Plaintiff PEGGY BURNS

## ORDER

IT IS SO ORDERED this 19th day of August, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE